In the Matter of IRVING H. LEES, an Attorney, Respondent.

PER CURIAM. On February 20, 1941, in the Court of General Sessions of the County of New York the respondent pleaded guilty of the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, he must, therefore, be disbarred.

Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Respondent disbarred.

In the Matter of CHARLES WILLIAM FINKELSTEIN, an Attorney, Respondent.

PER CURIAM. The charges have not been sustained.

The proceeding should be dismissed.

Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Proceeding dismissed.